# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                    CASE NO. 3:18cv411-MCR-CJK

STATE OF FLORIDA, et al.,

    Defendants.

_____/

# O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 14, 2018. ECF No. 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is **GRANTED**.

3.      This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) due to

plaintiff's failure to state a claim on which relief may be granted.

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of May 2018.


                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**